Circuit Court for Baltimore City
Case No. 24-C-16-003430
Argued: September 15, 2020

IN THE COURT OF APPEALS

OF MARYLAND

No. 70

September Term, 2019

REMONIA B. CHAPLIN, et al.

v.

UNIVERSITY OF MARYLAND

MEDICAL SYSTEM CORPORATION

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Biran
Wilner, Alan M. (Senior Judge,
Specially Assigned)

JJ.

PER CURIAM ORDER

Filed: September 16, 2020

 Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

REMONIA B. CHAPLIN, et al.      \*     IN THE

                                         \*     COURT OF APPEALS

        v.                               \*     OF MARYLAND

                                         \*     No. 70

UNIVERSITY OF MARYLAND       \*     September Term, 2019
MEDICAL SYSTEM CORPORATION

# PER CURIAM ORDER

The petition for writ of certiorari in the above-captioned case having been granted and argued, it is this 16th day of September, 2020,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
Chief Judge